In the Matter of the Application of JEANNE RAMEL SCHNABEL, Respondent,

Appellant, for an Accounting by the Executors of ACHILLE BATAILLE, Deceased, Appellants, Respondents, on the Estate of DANIEL J. RAMEL, Deceased.— Decree affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.